UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21830-CIV-WILLIAMS/SIMONTON

LAUREN AMY POMERANTZ,

    Plaintiff,

v.

THOMAS J. KAPOSTASY, *et al.*,

    Defendants.
_____/

**ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES**

This matter is before the Court on Defendants' Motion to Strike Plaintiff's Expert Witnesses (DE # 49), which seeks an Order striking the six expert witnesses disclosed by Plaintiff on February 21, 2014, because Plaintiff failed to comply with Federal Rule of Civil Procedure 26 and Local Rule 16.1K[1] by neglecting to provide any expert reports or adequate expert summaries. The deadline for responding to the motion passed without Plaintiff filing a response. Since Plaintiff failed to respond to the motion, pursuant to Local Rule 7.1(c), this Court may grant the motion by default. Moreover, the undersigned has reviewed the requested relief and the record and found the request well taken. Accordingly, pursuant to Local Rule 7.1(c), it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Strike Plaintiff's Expert Witnesses (DE # 49) is **GRANTED by default** and Dr. Gary Bofshever, Dr. John Baker, Dr. Peter Ventre, Dr. Mark Eskenazi, Dr. H. Gregory Bach and Dr. Michael Landau are

---

[1]The Local Rules for the Southern District of Florida were amended in 2011, "to eliminate language regarding experts redundant of the governing Federal Rule of Civil Procedure." 2011 comments to S.D. Fla. L.R. 16.1.

hereby **STRICKEN** as expert witnesses.

**DONE AND ORDERED** in Miami, Florida, on May 22, 2014.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished via CM/ECF to:
   The Honorable Kathleen M. Williams
   Counsel of Record